

**IT IS ORDERED as set forth below:**

**Date: October 6, 2017**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| Kevin Adrien, Debtor, and Jeslyn | ) | |
| Faith Adrien, Co-Debtor | ) | |
| | ) | Case number 17-64878-crm |
| Debtor(s) | ) | |
| | ) | |
| AGPM Georgia, LLC as agent for | ) | |
| Ridgewalk Apartments | ) | |
| Movant/Creditor | ) | |
| v. | ) | No Opposition Order |
| | ) | |
| Kevin Adrien, Debtor and Jeslyn | ) | |
| Faith Adrien, Co-Debtor; Nancy | ) | |
| J. Whaley, Trustee | ) | |

Respondents

Order Granting Relief from Stay

1

AGPM Georgia, LLC as agent for Ridgewalk Apartments ("Movant") filed a Motion for Relief from Stay (Docket No. 13) ("Motion") on September 10, 2017. The Motion concerns rental residential property at 3211 Elena Way, Woodstock, GA 30188 ("Property"). The Motion hearing was set for September 26, 2017 upon notice Movant contends was proper. No response to the Motion was filed. At the call of the calendar on Tuesday, September 26, 2017, counsel for Movant was present and counsel for the Debtor was present. Counsel for Debtor offered no opposition to the Motion. Accordingly, it is hereby

**ORDERED** that the Motion is granted. The automatic stay of 11 U.S.C. § 362(a) is MODIFIED to allow Movant to proceed with its remedies, as allowed by its lease contract and by state law, to dispossess the Debtor of the Property in the Courts of CHEROKEE County.

**ORDERED** that, pursuant to the request in Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived and that this Order will take effect immediately.

[END OF DOCUMENT]

| Order presented by: | Trustee offers no opposition: |
|---|---|
| Cruikshank Ersin, LLC | |
| 6065 Roswell Road, Suite 680 | /s/ Julie M. Anania |
| Atlanta, Georgia 30328 | Signed with express permission of |
| Fax: 770-884-8114 | Julie M. Anania, Esq. |
| Telephone: 770-884-8184 | Attorney for Chapter 13 Trustee |
| E-mail address: | Georgia Bar Number 477064 |
| beth@cruikshankersin.com | |

By: /s/Elizabeth M. Cruikshank
Elizabeth M. Cruikshank, Esq.
Attorney for Movant
Georgia Bar Number 215235

Distribution List

The materials associated with the foregoing Order Granting Relief from Stay are to be distributed to the following persons:

*Debtor :*
Kevin Adrien
Jeslyn Fait Adrien
3211 Elena Way
Woodstock, GA 30188

*Debtor's Attorney*:
Howard P. Slonka
Slipakoff & Slomka, PC
Overlook III – Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

*Trustee*:
Nancy J. Whaley
Standing Ch 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

*Movant's Attorney*:
Elizabeth M. Cruikshank, Esq.
Cruikshank Ersin LLC
Suite 680
6065 Roswell Road
Atlanta, Georgia 30328